# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OSCAR DANTZLER

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC., ET AL

NO. 2025 CW 0316

**JULY 14, 2025**

---

In Re:   Oscar "Omar" Dantzler, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 230000715.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include an affidavit as required by subsection (A), a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of each pleading on which the judgment, order or ruling was founded, including the petition, any opposition and any attachments thereto or a statement that no opposition was filed, a copy of pertinent court minutes, and a copy of the notice of intent and return date order.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, information as to any removal to the United States District Court and the current status thereof, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 4, 2025, and must contain a copy of this ruling.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT